UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANSFIELD DINKINS, III,

     Plaintiff,

v.

HUNT CONSTRUCTION GROUP, INC., et al.,

     Defendants.
_____/

CIVIL ACTION NO. 05-70582

DISTRICT JUDGE JULIAN ABELE COOK, JR.

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING DEFENDANT JENKINS CONSTRUCTION, INC.'S MOTION TO QUASH PLAINTIFF'S SUBPOENA DUCES TECUM DIRECTED TO LASALLE BANK

Defendant Jenkins Construction, Inc.'s Motion to Quash Plaintiff's Subpoena Duces Tecum Directed to LaSalle Bank was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on September 19, 2006. Having reviewed Defendant's motion, together with Plaintiff's response, and having had the benefit of argument, I find that the motion should be, and the same is hereby denied.

                                                s/Donald A. Scheer
                                                DONALD A. SCHEER
                                                UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2006
_____

### CERTIFICATE OF SERVICE

I hereby certify on September 20, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on September 20, 2006. **None.**

                                                s/Michael E. Lang
                                                Deputy Clerk to
                                                Magistrate Judge Donald A. Scheer
                                                (313) 234-5217