UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANSFIELD DINKINS, III,

        Plaintiff,

v.

HUNT CONSTRUCTION GROUP,
INC., et al.,

        Defendants.

_____/

CIVIL ACTION NO. 05-70582

DISTRICT JUDGE JULIAN ABELE COOK, JR.

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER GRANTING IN PART PLAINTIFF'S MOTION
## FOR ORDER TO SHOW CAUSE

Plaintiff's Motion for Order to Show Cause or Bench Warrant Pursuant to MCR 3.606(A) and MCLA 600.1701(I) was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on September 19, 2006.  Having reviewed Plaintiff's motion, together with Defendants' response and Plaintiff's reply, and having heard the arguments of counsel, I find that the motion should be, and the same is hereby granted, in part, as follows:

IT IS ORDERED that James B. Jenkins, Jr., shall appear as representative of Jenkins Construction, Inc. at a creditor's examination within twenty-one (21) days of the date of this Order.

IT IS FURTHER ORDERED that Defendant Jenkins Construction, Inc.'s objection to Plaintiff's Request and Writ for Garnishment is taken under advisement, pending hearing on Defendant Jenkins Construction's Motion to Set Aside Default and Default Judgment.

All of which is Ordered this 20th day of September, 2006.

s/Donald A. Scheer
DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

_____

## CERTIFICATE OF SERVICE

I hereby certify on September 20, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on September 20, 2006.  **None.**

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217